IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MORGAN,<br><br>          Petitioner,<br><br>  v.<br><br>D.K. SISTO, Warden,<br><br>          Respondent.<br>_____ | No. C 06-6580 MMC (PR)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>**(Docket No. 10)** |

       On October 23, 2006, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a 1993 state court conviction. On April 11, 2007, respondent's motion to dismiss the petition as untimely was granted and judgment was entered. On May 15, 2007, petitioner filed a motion for reconsideration, which motion was denied on June 21, 2007. Petitioner has now filed a notice of appeal from the entry of judgment in respondent's favor and a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner has not shown, however, "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is hereby DENIED.

       The Clerk shall forward this order, along with the case file, to the United States Court

of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability.  See Asrar, 116 F.3d at 1270.

This order terminates Docket No. 10.

IT IS SO ORDERED.

DATED: April 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge